### WILLIAM R. DOTY vs. ROSWELL S. BROWN.

A new or additional bond for security for costs in an action of replevin, will not be allowed where it appears the bond required by statute has been given, although the costs already incurred, exceed the penalty of the replevin bond.

*Motion by defendant that plaintiff give a bond with sureties in the penal sum of $200, conditioned to pay all costs which should be adjudged against him on his motion for a new trial.*—This was an action of replevin, tried at Chenango circuit, in August last; the jury found for the

defendant, and assessed the value of the property replevied at $150, and the damages for detention at $16·62. The defendant was sued as a public officer, of which fact the circuit judge gave a certificate. The replevin bond executed to the sheriff was in the penalty of $300.

Defendant's attorney stated that the taxable costs already amounted to over $150. On the 9th August, an order was obtained by plaintiff from circuit judge, which granted ninety days to make a bill of exceptions, and the same time to propose amendments, and that the cause be carried directly to this court, without being first argued before the circuit judge.

J. H. COLLIER, *Defts Counsel.*    R. BALCOM, *Defts Atty.*

P. CAGGER, *Plff's Counsel.*    DANIEL GRAY, *Plff's Atty.*

BEARDSLEY, Justice.—Denied the motion with costs, on the ground that the plaintiff had already given the bond which the statute required; if it did not secure defendant's costs, it must be his misfortune.